SUPPRESSED

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRANDON SHAW | ) | Case No.   4:24 MJ 8010 SRW |
| | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) | FILING BY RELIABLE ELECTRONIC MEANS |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 3, 2023_____ in the county of _____St. Louis County_____ in the _____Eastern_____ District of _____Missouri_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

**I state under the penalty of perjury that the foregoing is true and correct.**

RILEY OBRIEN Digitally signed by RILEY OBRIEN
Date: 2024.01.19 08:43:16 -06'00'

*Complainant's signature*

Riley O'Brien, SA, ATF

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: _____01/19/2024_____

*Judge's signature*

City and state:        St. Louis, Missouri        Honorable Stephen R. Welby, U.S. Magistrate Judge

*Printed name and title*