UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB – 7, 2024

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
v.                              )
                                )       **4:24CR058 AGF/JSD**
BRANDON SHAW,                   )
                                )
          Defendant.           )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about September 1, 2023, and continuing through January 25, 2024, within the Eastern District of Missouri and elsewhere,

**BRANDON SHAW,**

the Defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Section 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO

The Grand Jury further charges that:

On or about September 13, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRANDON SHAW,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year,

and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about September 28, 2023, in St. Louis County, within the Eastern District of Missouri,

### BRANDON SHAW,

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 20, 2023, in St. Louis County, within the Eastern District of Missouri,

### BRANDON SHAW,

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about November 3, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRANDON SHAW,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

The Grand Jury further charges that:

On or about November 21, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRANDON SHAW,**

Defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

The Grand Jury further charges that:

On or about November 29, 2023, in St. Louis County, within the Eastern District of

Missouri,

**BRANDON SHAW,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT

The Grand Jury further charges that:

On or about December 6, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRANDON SHAW,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

The Grand Jury further charges that:

On or about December 14, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRANDON SHAW,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year,

and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN

The Grand Jury further charges that:

On or about December 20, 2023, in St. Louis County, within the Eastern District of Missouri,

### BRANDON SHAW,

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about January 10, 2024, in St. Louis County, within the Eastern District of Missouri,

### BRANDON SHAW,

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violations.

2.      If any of the property described above, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney